UNITED DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

ANITA WHITE, INDIVIDUALLY, ET AL                                        PLAINTIFFS

V.                                                              CASE NO. 3:05CV267TSL-HGN

BRISTOL-MYERS SQUIBB COMPANY,                                           DEFENDANTS
SANOFI-SYNTHELABO AND JOHN
DOES 1-5

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' joint motion to dismiss this action with prejudice. The Court finds that the parties have agreed to resolve this matter through a compromise settlement. The Court finds that the Chancery Court of the First Judicial District of Hinds County, Mississippi, has approved this settlement as to the minor plaintiffs, Taurean and Rashaun Gardner, by their guardian, Anita White. The Court, being fully aware of the premises, finds that the joint motion to dismiss this action in its entirety with prejudice is well taken and should be granted.

THEREFORE, the Court hereby orders that this action is dismissed, fully and finally, as to all parties, with prejudice.

SO ORDERED, this the 27th day of April, 2006.

/s/ Tom S. Lee
DISTRICT JUDGE

Agreed and Approved:

/s/ Winston Thompson
Winston Thompson, MSB # 100157          /s/ Walter T. Johnson
Post Office Box 2476                    Walter T. Johnson, MSB # 8712
Ridgeland, MS 39158-2476                Jeffrey R. Baker, MSB # 99986
                                        WATKINS & EAGER, PLLC
**Attorney for the Plaintiffs**         400 East Capitol Street, Suite 300
                                        P.O. Box 650
                                        Jackson, Mississippi 39205
                                        **Attorneys for the Defendants**